General Complaint

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC -9 2019

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

_Beatrice Talley_
_2438 Guzman Drive_
_Port Arthur, TX 77640_

Case Number : __1:19 cv 619__

List the full name of each plaintiff in this action.

VS.

_Southeast Regional VA_
_2400 Canal Street_
_New Orleans, ST 40119_

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary. _Please see page 16 - Point(s) of Contact_

I.    ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.    In the preparation of this suit, I have attempted to secure the aid of an
      attorney as follows: (circle one)

      1.    Employ Counsel
      2.    Court - Appointed Counsel
      3.    Lawyer Referral Service of the State Bar of Texas,
            P. O. Box 12487, Austin, Texas 78711.

B.    List the name(s) and address(es) of the attorney(s):

      _Forts Law Group (021)_
      _810 Vermont Avenue, NW_
      _Washington, DC 20420_

C.    Results of the conference with counsel:

*Kristen Nelson, Deputy Chief Counsel referred me to - Please see letter at page 14.*

II.    List previous lawsuits:

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?    _____ Yes    __X__ No

B.    If your answer to "A" is "yes",  describe the lawsuit in the space below.
      If there is more than one lawsuit, attach a separate piece of paper describing each.

1.    Approximate file date of lawsuit: _____ N|A _____

2.    Parties to previous lawsuit(s):

      Plaintiff _____ N|A _____

      Defendant _____ N|A _____

Attach a separate piece of paper for additional plaintiffs or defendants.

3.    Identify the court the lawsuit was filed. If federal, name the district.  If state, name the county.

      _____ N|A _____

4.    Docket number in other court. _____ N|A _____

5.    Name of judge to whom the case was assigned.
      _____ N|A _____

6.    Disposition: Was the case dismissed, appealed or still pending?

      _____ N|A _____

7.    Approximate date of disposition. _____ N|4 _____

III.    Parties to this suit:

    A.    List the full name and address of each plaintiff:

        Pla #1 _____ Beatrice Galley _____
        _____ 2438 Guzman Drive _____
        _____ Port Arthur, TX 77640 _____

        Pla #2 _____ N/A _____
        _____ N/A _____
        _____ N/A _____

    B.    List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1: _____ Southeast Regional VA - Director _____
        _____ 2400 Canal Street _____
        _____ New Orleans, LA 70119 _____

        Dft #2: _____ Southeast Regional VA Travel Dept & Admin _____
        _____ 2400 Canal Street _____
        _____ New Orleans, LA 70119 _____

        Dft #3 _____ N/A _____
        _____ N/A _____
        _____ N/A _____

Attach a separate sheet for additional parties.    N/A

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

Please see pages

7 - facts and circumstances
8 - Point(s) of contact / Arrogance &
Condescending
9 - Taunting and Condescending

V.    Relief: State Briefly exactly what you want the court to do for you.  Make no legal arguments and do not cite cases or statutes.  Attach additional pages if necessary.

Because SLVHCS caused me emotional distress and I've suffered humiliation, embarrassment. I'm ashamed and mortified. They were arrogant and condescending. Nervousness and worry are feelings I live with and I'm left hang irritable, fatigued and confused. Because of my grief I'm forced to deal with my trauma.

Signed this ____9th____ day of ___December___, 20 _19_ .
                              (Month)                              (Year)

_Beatrice Galley_
_2438 Guzman Drive_
_Port Arthur, TX 77640_

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: _December 9, 2019_
                        Date

_Beatrice Galley_
___N/A___

___N/A___
Signature of each plaintiff

V. - Continued

The Southeast Regional VA Travel Department in New Orleans, LA, made a statement; published the statement; the statement was false; and I was investigated, April 1st for "travel Fraud". The "Travel department" knew the statement was not true and had a blatant disregard for whether it was true or not. Please see page 9(par 2, 7, & 10); and Page 10. Please see page -1 (par 10) and page -2 (par 3, 4, 5, 6, 7, 8, 9 and 10).

Libel, Malice, and Health Problems — Your Honor, please look favorable upon my claim and grant me all pass due travel pay and award me such damages that are requested.

For a fact, I know VA's (Houston, Bmt, TX) that treat me with respect and equally in the eyes of God and in the eyes of the law.

12/9/2019 - Check for status of "travel pay" submitted December 2, 2019. Informed that travel pay for 12/2 is not "Received" and travel pay, on pay was August 2019.
last

STATEMENT OF CLAIM

When it comes to the ways I interact with society, there are a lot of things I take for granted.

I expect to be treated with basic decency and respect by the Southeast Regional VA, the Southeast Regional VA Travel Department, and the Southeast Regional VA Travel Department – Administration, 2400 Canal Street, New Orleans, LA 70119, (hereinafter referred to SLVHCS) I interact with, especially in situations where I am seeking assistance.

There is an idea all men are created equal in the eyes of God and the law, but different types of people are treated in very different ways.

I went to the SLVHCS to inquire about travel pay, like other veterans would do every single day. But this time, it would result in the kind of treatment no other veteran would have to deal with.

Rather than answer my travel pay inquiries the SLVHCS accused me of TRAVEL PAY FRAUD. Being treated differently is not unfamiliar with me, since I relocated to Port Arthur, TX in April 2018.

The SLVHCS was looking down on me and was thinking I was up to no good, whether the SLVHCS had any cause to treat me unfairly, and intentionally and recklessly cause me severe emotional distress, thereby causing outrageous conduct, atrocious and went beyond the bounds of decency.

I tried to explain the situation with the Travel Policy; even begging that they look at their policy, see Beneficiary Travel Program,             was certain the SLVHCS could recognize their policy.

I was astounded to find out no one tried to check "their policy" see Beneficiary Travel Policy blue and white Pamphlet. Not the SLVHCS.

But in this situation, I was just trying to get SLVHCS to pay travel from Port Arthur, TX to New Orleans, LA, like everyone else, it came as something of a shock. SLVHCS intentionally and recklessly caused me severe emotional distress and I've suffered humiliation and embarrassment.

In April 2018, the SLVHCS had me investigated for travel fraud. Sgt Dance was the investigating officer. Yet, to this day I never received an investigative report. Ms. Redmon, travel pay supervisor advised me she was still working on the report and trying to see how much "YOU" owe. To this day I have yet to receive that investigative report.

Yet, without any travel pay, I went to the SLVHCS Travel Department pay supervisor. If the Southeast Regional VA Travel Department wasn't willing to treat me with respect, I thought I would get the correct answer from SLVHCS Administration.

After gathering the requested paperwork, that went completely ignored, and as a further shock and insult, the SLVHCS Travel Department – Administration refused to assist me at all.

I tried to talk sense into the SLVHCS Travel Department, and the SLVHCS Travel Department – Administration. I begged SLVHCS Travel Administration to at least, look at your policy. See blue and

white pamphlet, Beneficiary Travel Program,                              I begged
Travel to look at THEIR policy, but to no avail.

April 2019, I had an appointment for 8:00 am for Radiology. After signing in, I was approached,
questioned, detained, and investigated for Travel Pay Fraud by Officer Dance.  SLVHCS Travel
Department – Administration failed to acknowledge their policy, see Special Circumstance:

(3) I had an appointment for 8:00 am for radiology. After signing in, I was questioned, detained and
investigated for Travel Pay Fraud by Officer Dance. He informed me that there was concern because of
the number of appointments I had been attending. They requested and I produced a Port Arthur, TX
current residential lease for April 2018 and April 2019; I produced utilities bill from my Port Arthur, TX
residence; and I produced a requested letter from my PCP, see letter from PCP. All the information
requested and provided by me went ignored.

(4) On top of the crime I could be facing, the DETAINMENT had a more harmful impact on my life than it
might have for another person. Because it triggered my PTSD, I'm seeking inpatient treatment for my
mental health. Right now, some difficulties include nightmares, flashbacks, hypervigilance, poor
concentration; and headaches due to the ill treatment by SLVHCS they allowed the abuse.

(5) For well over one (1) year, I've endured trauma inflicted upon me by the SLVHCS. I expected to be
treated with basic decency and respect, especially in situations where I was seeking assistance.

(6) Here basically I wasn't treated equally in the eyes of God nor the law;  I was that "different" person
(mentioned earlier) who was treated in very different ways. Being treated differently is not unfamiliar to
me – since I relocated to Port Arthur, TX in April 2018.

(7) SLVHCS, their actions and lack thereof should be prohibited and should not be used for no one, not even
me. This violates my rights as a 100% Service-Connected Disabled Veteran; it's bad for the SLVHCS; and
it deprives me of my right to request and obtain assistance. They knew in advance and allowed the bad
treatment to happen, and they knew in advance about the plan(s) to make me obtain a letter from my
PCP …etc., and ignored my efforts to produce said paperwork, and they allowed the abuse to happen.

(8) SLVHCS Travel Department's extreme and outrageous conduct has gone beyond decency and should be
regarded as atrocious; and their behaviors are utterly intolerable in this civilized society. Their unfair
actions were intentional. Their behaviors are extreme and outrageous, and their conduct had caused me
severe emotional distress.

(9) SLVHCS caused me severe emotional distress and I've suffered humiliation, embarrassment, I am
ashamed and just mortified. There were arrogant and condescending. Nervousness  and worry are
feelings I live with and I'm left being irritable, fatigued and confused. Anxiety and depression are a way
of life for me along with grief as I am forced to revisit my trauma leaving me with a strong feeling of
displeasure, hostility and annoyance.

(10) Your Honor, please look favorable upon my claim and grant me all pass due travel pay and award me
such damages that are requested.

-2-

Index to following pages

Claim for damage, injury, or death  .............    Page 1

Basis of Claim – Details ....................................    Page 2

Basis of Claim – Details ....................................    Page 3

Basis of Claim – Details ....................................    Page 4

Request for help letter .....................................    Page 5

Evidence of me running around ......................    Page 6

Facts and Circumstances ..................................    Page 7

Notes of Arrogance and Condescending .......    Page 8

Notes of Taunting and Condescending ..........    Page 9-10

Evidence of being Detained ...........................    Page 11-12

Attempt to secure Counsel ..............................    Page 13-14

Letter from Prime Care Doctor ........................    Page 15

Points of Contact ...............................................    Page 16

Beneficiary Travel Program ............................    Page 17

Contact Director Flyer ......................................    Page 18

Evidence I was in Pt Arthur, TX ......................    Page 19

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Torts Law Group Office of General Counsel | Leatrice Talley 2938 Guzman Dowe Port Arthur, TX 77640 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☐ CIVILIAN | 11/27/1959 | Divorced | April 2018 | |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The known facts and circumstances attending the injury are listed specifically within the enclosed pages. Southeast Reg VA e havel dep't says, "I chose/choose to come to the VA in New Orleans, LA. I am a 100% service connected disabled veteran. I'm undergoing treatment by several specialist at SLVHCS treatment for serious conditions. The treatment require me to continued being followed by the specialist. See Basis for Claim + Statement of Claim

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Courtney J Hardwick | 1041 Magnolia Dr Westwego, LA 70094 |

| 12. (See instructions on reverse). | | AMOUNT OF CLAIM (in dollars) | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| | $1,000,000 | | $1,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Leatrice Talley | (409) 548-0401; (409) 548-6718 | May 8, 2019 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|



*Basis of Claim - Details*

Leatrice Talley – 2438 Guzman Drive – Port Arthur, TX 77640 – ((H)409) 548-0401 ** ((C)409-6716

…. Went to Beaumont, TX VA Clinic.  Contacted Dr H. Surva who put an Interfacility Consult in to Southeast Regional VA in New Orleans, LA.  NO REPLY AND NOTHIN HAPPENED!

Went to Michael DeBakey VA in Houston, TX.  Contacted the Podiatry Department, POC – Joyce Bell. There was no appointment scheduled for me.  Michael DeBakey VA informed me that the Podiatry Department could not supply my needed care, since DeBakey VA Podiatry Department caters to NEUROPATHY and DIABETES.

Southeast Regional VA Travel Department and SHEILA FLETCHER, Veterans Experienced Officer refused to do an Interdisciplinary Consult.

I then turned to Beaumont, TX VA Clinic that put in the Interfacility Consult, replacing this consult with an x-ray of the foot. ???????????

I was doing Southeast Regional VA Travel Department's JOB.  Their damages were intentional and reckless and caused me severe emotional distress and I've suffered humiliation, embarrassment, I'm ashamed, and just mortified.

The Southeast Regional VA and the Travel Department have caused me mental anguish, mental distress, and mental suffering leaving me with an inability to take part in the pleasures and activities of my life I once enjoyed!!

Leatrice Talley – 2438 Guzman Drive – Port Arthur. TX 77640 – ((H)409) 548-0401**((C)409) 548-6716

I am a 100% Service-Connected disabled veteran being followed by the Southeast Regional VA in New Orleans, Louisiana where Mr. Fernando Rivera is the director. I am a military sexual trauma survivor. I am being followed by the Southeast Regional VA and being treated for PTSD, depression, anxiety, thyroid, stroke prevention, cardio, podiatry and vascular.

The Southeast Regional VA and the Travel department  - damages harmed me in such a manner that already, right now my difficulties include nightmares, flashbacks, numbing and avoidance, depression, sleep difficulty, emotional detachment, poor concentration, irritability, hypervigilance, family stress, headaches, and stomach problems due to the ill treatment by the Southeast Regional VA and the Travel Department.

The Southeast Regional VA and the Travel Department intentionally and recklessly caused me severe emotional distress and I've suffered humiliation, embarrassment, I am ashamed, and just mortified. Nervousness and worry are feelings I live with and I'm left being irritable, fatigued, and confused. Anxiety and depression are a way of life for me along with grief as I am forced to revisit my trauma leaving me with a strong feeling of displeasure, hostility, and annoyance. The Southeast Regional VA and the Travel department have caused me mental anguish, mental distress, and mental suffering leaving me with an inability to take part in the pleasures and activities of my life, I once enjoyed.

Southeast Regional VA and the Travel department intentionally and recklessly inflicted severe emotional distress by acting extremely outrageous which has affected my mental health. The Southeast Regional VA and Travel department reckless behaviors were INTENTIONAL, DELIBERATE, and UNJUSTIFIABLE! Their negligent conduct is removed from conduct expected of prudent people.

Southeast Regional VA and the Travel Department says '*I CHOOSE*' the Southeast Regional VA. I didn't 'choose' the Southeast Regional VA, my medical care was already scheduled. Southeast Regional VA and the Travel department failed to treat me as a 100% service-connected disabled veteran, that I am.

Southeast Regional VA and the Travel department intentionally and recklessly inflicted severe emotional distress, once more by acting extremely outrageous which has affected my overall well-being. The Southeast Regional VA and the Travel department reckless behaviors were intentional, deliberate, unjustifiable,  the messages I was told by the Southeast Regional VA Travel department and the director's office were an insult to my intelligence. Please see the attached to read some of the messages I was told.

 Ms. Redmon's supervisor told me to get a letter. My prime care doctor, C. Burton, MD wrote a letter on my behalf to Southeast Regional VA Travel, that letter went unacknowledged.  Nothing changed!! (See copy of letter). NO ONE WOULD ASSIST ME WITH TRAVEL, considering the *FACT* -- these **appointments were** made **prior** to relocating to Texas. I cancelled the appointments for March 19, 2019 because I didn't receive travel pay. I telephoned Travel disbursement for a status of the travel pay. Travel reimbursement informed me that the latest travel payment was December 31... I beg to differ, but she's looking at the computer screen – so I said nothing.  Bravely, I asked her to tell me the status of travel reimbursement and she said "…. You're looking at 4-6 weeks for reimbursement, we're BACKED-UP.????.  I told her on March 18, I received a direct deposit for $4.79, she says, "it didn't come from us".  Once again.???? *TAUNTING*!!!

③

*TAUNTING:* March 2018. Phoned Director's Office, and the reply was, "… gave the information to the people who's gonna help…. Me: who? The director's office.

*TAUNTING:* April 2018. Left message with Ms. Nina w/Director's Office about travel pay. No response!

 ***TAUNTING: May 2018. Phoned Kimberly Redmond, Travel Pay Supervisor no help at all.***

*TAUNTING*: August 2018. Ms. Yolanda, Travel Department, "we not gonna pay you for 300 miles, oh wait to be exact 268 miles.

*TAUNTING*: September 2018. Left message for Ms. Nina about my travel pay.  No response!!!!

***TAUNTING:  October 2018.  Travel Department,'… over 4,000 vouchers were just disbursed and I can't give you a status.***

*TAUNTING*: January 2019.  Ms. Redmon returned to work, and she was very rude and unprofessional!!! She used her father's passing as an excuse for her rudeness. I found this traumatizing because it reminded me of losing – my husband 10/17; my sister 01/18; and my mother 04/18.

Southeast Regional VA and their Travel Department's extreme and outrageous conduct has gone beyond decency and should be regarded as atrocious; and their behavior(s) are utterly intolerable in this civilized society. They acted intentionally!!!!! Their behaviors are extreme and outrageous and their conduct has caused me severe emotional distress.

The above messages show Southeast Regnal VA and the Travel department did treat me so unfair and failed to assist or HELP me in any way.

Check my Travel disbursements and see how few times I received travel pay in a timely manner.

SOUTHEAST REGIONAL VA TRAVEL DEPARTMENT'S EXTREME AND OUTRAGEOUS CONDUCT HAS GONE BEYOND DECENCY AND SHOULD BE REGARDED AS ATROCIOUS; AND THEIR BEHAVIOR(S) ARE UTTERLY INTOLERABLE IN THIS CIVILIZED SOCIETY.  THEIR UNFAIR ACTIONS WERE INTENTIONAL!!! THEIR BEHAVIOUS ARE EXTREME AND OUTRAGEOUS AND THEIR CODUCT HAS CAUSED ME SEVERE EMOTIONAL DISTRESS!!!

Leatrice Talley – 2438 Guzman Drive – Port Arthur. TX 77640 – ((H)409) 548-0401**((C)409) 548-6716

Hello,

I am Leatrice Talley a 100% Service-Connected Disabled Veteran, and I need assistance with understanding the Southeast Regional VA's Travel Policy.

April 2018, I relocated to Port Arthur, Texas.  Since relocating to my home of record, I've encountered many headaches from Southeast Regional VA Travel Department in New Orleans, LA.

Mr. Rivera, here's the jest of me seeking assistance from your Southeast Regional VA Travel Department.

As a result of not being diagnosed in a timely manner, during the year of 2018 I had multiple procedures performed over the span of five months.  May 2018 through October 2018.  Multiple procedures: podiatry-corrective; thyroid-preventive; and vascular-preventive.  The procedures required significant healing time and medical care.

April 2018, I found out I had a blocked arterial vein and in late 2017 multiple nodules were found in my thyroid-1/2 of my left thyroid was removed; and an implant in my left great toe was removed and replaced with new hardware. This is just sharing what I've been through.

Southeast Regional VA Travel Department says,".... I chose or I choose to come to the Southeast Regional VA".  Please see my explanation above and realize, someone needs to standup for "right", and realize that I don't choose to come to the Southeast Regional VA, its where my healthcare is ongoing.

Southeast Regional VA Travel Department "Beneficiary Travel Program" blue and white flyer, says and let me quote:  "Veterans have the choice to go to any VA facility they choose for care. However, *travel* is only for *reimbursement* to the *nearest* facility that ***CAN PROVIDE*** the ***NEEDED*** care. The nearest facility that "CAN (and did) PROVIDE" the needed care is the Southeast Regional VA in New Orleans, LA.  Hats off to the great specialty doctors at your VA.

I personally looked into Michael DeBakey VA in Houston, TX, only to find out their Podiatry Department caters to neuropathy and diabetes and I have neither.  The Southeast Regional VA Travel Department should pay travel from Port Arthur, TX to New Orleans, LA without any doubt.  This problem has been ongoing since April 2018.



Leatrice Talley – 2438 Guzman Drive – Port Arthur. TX 77640 – ((H)409) 548-0401**((C)409) 548-6716

August 2018

I went to Beaumont, TX VA/Clinic and contacted Dr.H. Surva, who put an Inter-Facility Consult to Southeast Regional VA in New Orleans, LA.  No reply and nothing happened.

Southeast Regional VA, the Travel department and Sheila Fletcher refused to do an Inter-Facility Consult, I then turned to Beaumont, TX VA/Clinic that placed an Inter-Facility Consult with an x-ray of the foot.

Had an appointment with Beaumont, TX and I went.

I think my pursuing the Inter-Facility Consult allowed Southeast Regional VA and Travel Department not to do their job …. An INTER-FACILITY CONSULT!  Matter of fact Leatrice, whatever paper work was NEEDED, I pursued and obtained the paperwork.  I feel like Southeast Regional VA and the Travel Department should have pursued that paperwork.

September 2018

My cousin, Samuel McGlory and I drove to Michael DeBakey VA in Houston, TX. Ms. Joyce, clerk in the Podiatrist Department told me Michael DeBakey VA caters to neuropathy and diabetes. This was a blank trip for me.  NOTHING!!!!!  I have a picture to SHOW I went to and  Iwas at Michael DeBakey VA in Houston, TX.  Will present picture if needed!



The known facts and circumstances attending the injury are listed specifically within the enclosed pages.

Southeast Regional VA (New Orleans, LA) Travel Department says that I chose/choose to come to this VA. April 2018, I relocated to my home of record, Port Arthur, Texas. Since, Southeast Regional VA Travel Department refuses to treat me fairly, by paying the correct travel-which is from Port Arthur, TX to Southeast Regional VA in New Orleans, LA.

Southeast Regional VA Travel Department says that I (Leatrice Talley) chose/choose to come to come to this VA. Never mind, I already had several specialty clinic appointments.

Southeast Regional VA Travel Department intentionally and recklessly caused me severe emotional distress by acting extremely outrageous. Southeast Regional VA Travel Department have reduced my values, my usefulness, and my normal functioning. Their damages harmed me in such a manner that my difficulties include, nightmares, flashbacks, numbing and avoidance, depression, and hypervigilance.

Southeast Regional VA Travel Department had an investigation of me, by SGT Dance about travel pay on April 2019. I found this investigation startling and without notice, I was detained by SGT Dance who directed us to an area to sat down, when he announced to my daughter and me it's about Travel Pay. He questioned April 12 and April 15 appointments – whether I drove on the 12 and 15. I drove each time.

Persons involved ,

Place of occurrence – Southeast Regional VA Travel Department in New Orleans, LA. The cause is unjust travel pay reimbursements.







Leatrice Talley – 2438 Guzman Drive – Port Arthur, TX 77640 – ((H)409) 548-0401**((C)409) 548-6716

**Listed below are reasons why the Southeast Regional VA and Travel Department acted intentionally and recklessly. Their conduct was OUTRAGEOUS, atrocious and went beyond the bounds of decency. They were *arrogant* and *condescending*. These messages that were told to me *became* ever so taunting. Am I not WORTHY of return calls? Why me?**

March 2018 "I gave the information to the people who's gonnna help you". No return calls

May 2018 Kim Redmon, travel pay supervisor – left message(s). No return calls

August 2018 Ms. Yolanda, travel department informed me, "we not gonna pay you for 300 miles, oh, wait to be exact 268 miles… you gotta go to that VA closest to you and outsource to another provider".

July 2018 Operator 9 couldn't connect me to the Director's office.

August 2018 left message for Ms. Redmon, never heard anything.

September 2018 Left message with Ms. Nina, Director's Office, never heard anything.

At this time, I was informed, "no ideas as to the time Kim's returning".

October 2018 Left detailed message with Director's Office   Never heard anything.

November 2018 Travel Department "…. over 4,000 vouchers.  Money was just released and cannot give you a status".

December 2018 Travel Department "…the patient advocate, Ms. Reynolds has the case and is calling Houston, Texas." Never heard anything.

January 2019 Left message with Malik (who was assisting Travel) for Ms. Redmon, referencing travel pay. Never heard anything.

Left detailed message with Director's Office. Never heard anything.

Scheduled appointments qualify for roundtrip mileage; unscheduled visit may be limited to return trips and the reimbursement will be paid for travel to the closest VA; unless a different location was determined.  I wasn't privy to none of the above. Why not?

April 2, 2019 1:20 PM.  Travel phoned me at (409) 548-6716 to ask me if my address is 1041 Magnolia, my response is, "No, it's 2438 Guzman Drive 77640."

Travel. "we not gonna pay you travel from Port Arthur" ….



I inquired, did you call to make certain my address is correct, or did you call for travel?  Travel, I called for the address. I replied, ok its 2438 Guzman Drive 77640.  I've gone around and round with travel about travel can anybody help me?

 April 10, 2019.  Checking for the status of travel pay.  Travel. "... wait a minute, somebody was asking about your travel pay.  Do you live at 1041B Magnolia, I replied 'no 'I don't live there?  Travel asked, "have you ever lived there?  Why yes!!!! Travel then asked me, how long have I lived in Port Arthur, TX and I replied, 'one year'.  I asked could you tell me the disbursements?  Straight way, I am referred to Sheila Fletcher.

3:52 PM... I phoned Shelia Fletcher, got her voice mail and left a message.

Phoned Sheila Fletcher and left a message asking for a call back. **NOTHING - NO RETURN CALLS**

**April 16, 2019,** I reached out to Sheila Fletcher only to get her voice mail, so I left a message. **NOTHING – NO RETURN CALL!**

I presented a letter (which travel admin requested) from my PCP stating why I remain at Southeast Regional VA, and the travel department completely ignored this letter. Travel WOULD NOT HONOR THE LETTER from my PCP.

 Redmon still had PROBLEMS, so she asked for proof of address (a bill with the address) **IN Port Arthur, TX**.  Straight away, I presented paperwork in the form of utility bills from the water and gas companies.  The gas company bills were dated from May 2018 through March 2019. The water and sewerage bills were dated between August 2018 and March 2019. At the request of the Travel Department, I provided the paperwork they asked of me, but this was to no avail!!!!!

Informed, by a travel agent that Redmon's supervisor has no idea about how travel works.  It seems no one knows Travel at Southeast Regional VA in New Orleans, LA.

April 22, 2018 9:25 am.  I reached out to Travel and asked about the status of my paperwork.  I spoke with Ms. Valencia who says, Redmon is in a meeting.  I left a message with # (409)548-6716 for Redmon to return call. Of course, NO PHONE CALL.

 The latest catastrophic event is ME being INVESTIGATED WITHOUT PRIOR KNOWLEDGE April 30, 2019. On the morning of April 30, 2019, I went to the Southeast Regional VA to have a chest CT scan completed. After checking in with the clerk, a VA Officer inquired if I were Ms. Talley. I answered to him that I was, and he asked to speak with me off to the side. After we sat down, he informed me that I was being investigated for requesting travel reimbursement. He then produced a lease in my name, an itemized list of the travel requests I'd submitted (which the Travel Department would not provide to me), and the water utility bill. He informed me that there was concern because of the number of appointments I had been attending, a current lease being in Westwego, and the water utility bill not



having an official letterhead. He did not have a copy of the gas bills with the letterhead or the letter from my PCP explaining I was being seen by specialists at the Southeast Regional VA.

**For these reasons, I know, I think and I feel the Southeast Regional VA and Travel Department acted intentionally and recklessly.  Their conduct was OUTRAGEOUS, atrocious and went beyond the bounds of decency. They were _arrogant_ and _condescending_.  These messages that were told to me _became_ ever so taunting.**

I am a 100% Service-Connected disabled veteran being followed by the Southeast Regional VA in New Orleans, Louisiana where Mr. Fernando Rivera is the director.  I am a military sexual trauma survivor. I am being followed by the Southeast Regional VA and being treated for PTSD, depression, anxiety, my thyroid, stroke prevention, cardio, podiatry and vascular.

I wonder why I wasn't informed about an INVESTIGATIIN.  Spoke with Redmon at around 8:45 am and was informed this day, May 1, 2019 "…. We don't have to inform YOU, the detectives will".  Really? Phoned the Director's office, at 9:05 am, May 1, 2019 and asked, "WHAT IS YOUR POICY FOR INITIATING A FEDERAL INVESTIGATION"?  Ms. Alice referred me back to Travel (talk to travel, they know) and she gave me Kenyatta Davis, patient advocate phone number.  I phoned Ms. Davis, of course she didn't answer, I left a message.



Leatrice Talley – 2438 Guzman Drive – Port Arthur. TX 77640 – ((H)409) 548-0401**((C)409) 548-6716

April 30, 2019

I reported to the 8:00 AM appointment where I had a CT Scan scheduled.  I announced to the clerk, my name, "Leatrice Talley". Immediately, a Police Officer approached and said, "Ms. Talley?" I was startled by the police officer, SGT Dance.  I answered, yes, I'm Ms. Talley.   Courtney (my daughter), SGT Dance and I proceeded to an area where he announced to Courtney and me to have a seat.  The jist of this meeting was Southeast Regional VA Travel Department asked SGT Dance to investigate "MY" travel.

SGT Dance presented with bits and pieces of information obtained from Southeast Regional VA Travel Department.  The topic is TRAVEL PAY.

Also, SGT Dance questioned my travel for April 12, 2019 and April 15, 2019.  I attended the April 12th appointment in New Orleans, Louisiana, drove to Port Arthur, Texas and attended my 99th Church Anniversary on Sunday April 15th @ 3:30 pm and drove back to New Orleans, Louisiana for my appointment on Monday.  Need more proof?

Nevermind that the police officer startled me, and my heart fell to my feet.  Immediately, I thought what is wrong with my child(not) ……it was Southeast Regional VA Travel Department.  As of right now, my anxiety is turned up! I feel the Southeast Regional VA Travel Department should have informed me of their decision to investigate.   Redmon, travel supervisor  says  it isn't the policy to inform me or make me aware of a INVESTIGATION

I am a 100% Service-Connected disabled veteran being followed by the Southeast Regional VA in New Orleans, Louisiana where Mr. Fernando Rivera is the director.  I am a military sexual trauma survivor. I am being followed by the Southeast Regional VA and being treated for PTSD, depression, anxiety, thyroid, stroke prevention, cardio, podiatry and vascular.

The Southeast Regional VA and the Travel Department intentionally and recklessly caused me severe emotional distress and I've suffered humiliation, embarrassment, I am ashamed, and just mortified. Nervousness and worry are feelings I live with and I'm left being irritable, fatigued, and confused. Anxiety and depression are a way of life for me along with grief as I am forced to revisit my trauma leaving me with a strong feeling of displeasure, hostility, and annoyance. The Southeast Regional VA and the Travel department have caused me mental anguish, mental distress, and mental suffering leaving me with an inability to take part in the pleasures and activities of my life, I once enjoyed.

**For these reasons, I know, I think, and I feel the Southeast Regional VA and Travel Department acted intentionally and recklessly.  Their conduct was OUTRAGEOUS, atrocious and went beyond the bounds of decency. They were *arrogant* and *condescending*.  These messages that were told to me *became* ever so taunting.**



Leatrice Talley – 2438 Guzman Drive – Port Arthur. TX 77640 – ((H)409) 548-0401**((C)409) 548-6716

April 30, 2019 Southeast Regional VA Travel Opened a federal investigation on me, without notice!

WHY WASN'T I INFORMED THAT SOUTHEAST REGIONAL VA TRAVEL DEPARMENT DECIDED TO INVESTIGATE ME?

I reported to the 8:00 AM appointment where I had a CT Scan scheduled. I announced to the clerk, my name, "Leatrice Talley". Immediately, a Police Officer approached and said, "Ms. Talley?" I was startled the police officer, SGT Dance. I answered, yes, I'm Ms. Talley. Courtney (my daughter), SGT Dance and I proceeded to an area where he announced to Courtney and me to have a seat. The jist of this meeting was Southeast Regional VA Travel Department asked that SGT Dance investigate "MY" travel.

SGT Dance presented with bits and pieces of information obtained from Southeast Regional VA Travel Department. The topic is TRAVEL PAY.

Nevermind that the police officer startled me and my heart felled to my feet. I immediately thought what is wrong with my child ......it was Southeast Regional VA Travel Department. As of right now, my anxiety is turned up! I feel the Southeast Regional VA Travel Department should have informed me of their decision to investigate.

I phoned the South travel to ask why wasn't I informed about the INVESTIGATION.

I left a message for Ms. Redmon to call; but I also asked Ms. Valencia to pass the question on and she could call me back with an answer. I said Ms. Redmon isn't going to return the call. I've called Ms. Redmon for ONE year, and I really can't remember her EVER returning A telephone call.

April 30, 2019

# The UPS Store® UPS

1801 Manhattan Blvd. Ste. J
Harvey, LA  70058
504.361.4877 Tel
504.361.4884 Fax
store4974@theupsstore.com
theupsstorelocal.com/4974

# Fax

To _General Counsel_          From _Beatrice Salley_

Company _Forts Law Group_     Phone number _(409) 518-0401 (409) 548-6714_

Fax number _(202) 273-6385_   Fax number _____

Date _May 8, 2019_            Total pages _____

Job number _____

(13)

Copyright © 2018 The UPS Store, Inc.  MS410_21220618

**VA** | **U.S. Department of Veterans Affairs**
Office of General Counsel

Torts Law Group (021)
810 Vermont Avenue, NW
Washington, DC 20420

Phone: (202) 461-4900

In Reply Refer To: GCL 423711

Via Certified Mail
June 10, 2019

Leatrice Talley
2438 Guzman Dr.
Port Arthur, TX 77644

RE:    Administrative Tort Claim

Dear Ms. Talley:

The U.S. Department of Veterans Affairs (VA) received your tort claim on May 8, 2019. The Federal Tort Claims Act (FTCA), sections 1346(b) and 2671-2680, title 28, United States Code, under which you filed your claim, provides for monetary compensation when a Government employee, acting within the scope of employment, injures another by a negligent or wrongful act or omission. Liability is determined by law of the State where the tort occurred (section 2674, title 28, United States Code).

According to the description outlined in your claim, this matter involves the administration of VA benefits and not a tort under State law. Your claim fails to allege a claim cognizable under the FTCA and therefore, there is no jurisdiction to consider your claim under the FTCA. Information on filing benefit claims and appeals with VA can be found at https://www.vets.gov/disability-benefits/. VA's decisions and actions on such benefit claims may be reviewed only by the United States Court of Appeals for Veterans Claims and the United States Court of Appeals for the Federal Circuit, and may not be reviewed by any other court (sections 511, 7252, and 7292, title 38, United States Code). If an error did occur in relation to handling your benefits, you may pursue an appeal through that exclusive review process. Accordingly, your claim is denied.

If you are dissatisfied with the VA's denial of your claim, you may file suit directly under the FTCA, sections 1346(b) and 2671-2680, title 28, United States Code. The FTCA provides that when an agency denies an administrative tort claim, the claimant may seek judicial relief in a proper Federal District Court. The claimant must initiate the suit within six months of the mailing of this notice as shown by the date of this denial. See, section 2401(b), title 28, United States Code. In any FTCA lawsuit, the property party defendant is the United States, not the Department of Veterans Affairs (or an individual health care provider).

Please note that FTCA claims are governed by a combination of Federal and state laws. Some state laws may limit or bar a claim or law suit. VA attorneys handling FTCA claims work for the Federal government, and cannot provide advice regarding the impact of state laws or state filing requirements.

Sincerely,

*Kristen Nelson*

Kristen Nelson
Deputy Chief Counsel





**DEPARTMENT OF VETERANS AFFAIRS**
Southeast Louisiana Veterans Health Care System
P.O. Box 61011
New Orleans, LA  70161-1011

Concerning:
Talley, Leatrice
2438 Guzman Dr.
Port Arthur, TX 77640

To Whom It May Concern,

Please be aware that Ms. Talley is a veteran who is followed at the Southeast Louisiana Veterans Healthcare System in New Orleans. Ms. Talley is currently undergoing treatment by several specialists at SLVHCS treatment for serious conditions. As such this treatment requires her to continue to be followed by the specialist who are familiar with her case and it requires her to travel from her home in Port Arthur Texas to New Orleans Louisiana on a routine basis.

Respectfully,

*Caroline Burton MD*

Caroline M Burton, M.D
VA Medical Center
2400 Canal St.
New Orleans, LA 70119
1-800-935-8387
    option #3 Women's Health

*Letter from Prime Care Doctor*



Point of Contact(s):

| | |
|---|---|
| Mr. Rivera | Southeast Regional VA, Medical Director |
| Mr. Menes | Director's Office |
| Ms. Nina | Director's Office |
| Ms. Alice | Secretary |
| Ms. Lolita | Secretary |
| Ms. Hall | Chief Medical Administration |
| Point | |

| | |
|---|---|
| Ms. Nina | Director's Office |
| Ms. Alice | |
| Mr. Payton | Chief Medical Administration |
| Ms. Redmon | Supervisor, Travel |
| Ms. Yolanda | Travel |
| Ms. Christine | Travel |
| Ms. Sheila Fletcher | Veterans Experience Officer |
| Caroline Burton MD PCP | Women's Clinic |

The only person listed above who did assist is **DR. CAROLINE BURTON, PCP**.

*These are the players. Point of Contacts who totally ignored my request for assistance*

16

## Southeast Louisiana Veterans Health Care System

### Travel to the nearest VA facility

**What if a Veteran chooses to go to his "preferred facility" instead of to the closest VA facility that can provide the same care?**

Veterans have the choice to go to any VA facility they choose for care. However, travel is only authorized for reimbursement to the nearest facility that can provide the needed care. If a Veteran chooses to be treated at another facility other than the closest to home, he/she may be responsible for any cost beyond the transportation to the nearest facility. This includes mileage and special mode of transportation.

Travel is also authorized for eligible Veterans who are approved for outside referrals. Fee services approval is required when claiming travel reimbursement for non-VA appointments.

---

## Southeast Louisiana Veterans Health Care System

### Contact Information

2400 Canal Street

Mail Drop 136

New Orleans, LA 70119

**For questions concerning Beneficiary Travel**

**Call**

1-800-935-8387 and one of the following extensions 65566/65567/65568

or **fax**

504-507-5531



I CARE
DEPARTMENT OF VETERANS AFFAIRS

f Like us on Facebook:
www.facebook.com/VANewOrleans

Follow us on Twitter:
www.twitter.com/vaneworleans

---

## Southeast Louisiana Veterans Health Care System

# Beneficiary Travel Program



THE PRICE OF FREEDOM CAN BE SEEN WITHIN THESE WALLS

## Questions and Answers



**VA** | U.S. Department of Veterans Affairs
Veterans Health Administration
Southeast Louisiana Veterans Health Care System

# Southeast Louisiana Veterans Health Care System Beneficiary Travel Program

## BENEFIT DESCRIPTION

If you meet the criteria below, you may be eligible for mileage reimbursement or special mode transportation in association with obtaining VA health care services.

- You have a service-connected (SC) rating of 30% or more,
- You are traveling for treatment of a SC condition,
- You receive a VA pension,
- Your income does not exceed the maximum annual VA pension rate,
- You are traveling for a scheduled compensation or pension exam.

## MILEAGE RATES

**Privately Owned Vehicle Travel:**
$0.415 (41.5¢ per mile) or public transportation fare (whichever is less),

Scheduled appointments qualify for round-trip mileage. Unscheduled visits are limited to return mileage only.

**Deductible (effective 1/9/2009):**
$3.00 one-way ($6.00 round trip)

**Deductible requirement** is subject to a monthly cap of $18.00. Waivers are available for qualified Veterans.

*Any attempt to process fraudulent claims will be subject to review and possible investigation.*

***You may qualify for special mode transportation (ambulance, wheelchair van, etc.) if...***

1. Your medical condition requires an ambulance or a specially-equipped van as determined by a VA clinician,

2. You meet at least one of the eligibility criteria in **BENEFIT DESCRIPTION**,

3. The travel is pre-authorized (authorization is not required for emergencies if a delay would be hazardous to life or health).

## AMBULANCE BILLS

If you have received an ambulance bill from a prior transport, you must either: Fax it to our travel office at **(504) 507-5531**, or mail it to our travel office at **2400 Canal, ATTN: Travel Office 136T New Orleans, LA 70119.** This must be done within 30 days of receiving the bill.

The Travel Office will review your bill and notify you and the transportation agency by letter of approval or denial.



## RECEIPTS

If you live more than 50 miles away, and claiming mileage for two appointments, you will be required to bring in a receipt from your home town. The receipt must clearly show the name of the town, the date and the time, proving that you went home between the two appointments.

**Special circumstances:** Payment for two appointments will be approved on a case-by-case basis. To meet criteria for payment, the eligible beneficiary must have incurred a cost for travel. The time between appointments must be reasonable to have traveled home.

**Note:** ALL CLAIMS ARE PAID BY DIRECT DEPOSIT. You will receive your money within two weeks after your claim is received. Please check with the agent cashier to be sure your bank account information is accurate and current. For questions or concerns regarding payment of vouchers, please contact the cashier's office at 1-800-935-8387 ext. 65569 or 65570.

## FAQ

**If I just found out that I am eligible for travel reimbursement; which appointments may I claim?**

You may only claim travel for appointments within the past 30 days.

**Will I get travel for pharmacy pick-up?**

No. Unfortunately, travel reimbursement is not authorized for any pharmacy pick-up.



**U.S. Department of Veterans Affairs**

Veterans Health Administration
*Southeast Louisiana Veterans Health Care System*

# Please contact me if I can be of service:

## Fernando Rivera, FACHE

## SLVHCS Medical Center Director

## Email: Fernando.Rivera@va.gov

## Cell Phone: (202) 834-7893

## Office Phone:  (504) 507-7698



(18)

#  Satisfaction Surveys

If you receive a patient satisfaction survey in the mail, **please fill it out** to help us bring you **the best health care anywhere** because **you deserve it!**

Take the survey by:

## Mail

## Online

## Phone





Southeast Louisiana Veterans Health Care System

# The White Rose COGIC



**99th**



*Church Anniversary Service*

Theme: *"The Church Powered By The Spirit of God"*
Zechariah 4:6

APRIL 12, 2019 @ 7:30PM                    APRIL 14, 2019 @ 3:30PM

400 West Thomas Blvd.* Port Arthur, Texas 77640

Pastor Herbert Winston Sr.



99ʰ Church Anniversary
Friday, April 12, 2019
of Ceremony: Sister Shirley Dixon

.................................................Ruby Garner
.................................................Brother Jimmy Petry
Praise & Worship
.................................................Sister Cheryl Petry
.................................................Visitor
.................................................Choir

This Year's Reflections:
Sister Mary Miller
Pulpit Conductor:
Pastor Gerald Smith
Worship in Giving

Guest Churches:
emorial ~ Pastor JC McKninney Sr.
hip COGIC ~ Pastor Joe Williams
Love Zion ~ Pastor Gerald Smith
xson Street ~ Supt. Roy Lewis

9th Church Anniversary
Sunday, April 14, 2019
Ceremony: Sister Gloria Garrison

..........................Deacon John Coleman
.........................Missionary Diane Franklin
Praise & Worship
.....................Missionary Annie L. Coleman
..............................................Visitor
..........................................Choir
ch Reflections & Necrology
ti Freeman & Sister Shirley Dixon
Pulpit Conductor
J.C Collins
Worship in Giving

Guest Churches:
hapel ~ Pastor Freddie Alford
emorial ~ Pastor J.C. Collins
Memorial ~ Supt. G.L Cantue

troduction of Speaker:
Pastor J.C. Collins

# History of White Rose COGIC

First Name
Church of God in Christ #1
Organized
1920
Location
Corner of 9th Street @ Grannis Ave.,
Port Arthur, Texas
Present Location
1928: 400 West Thomas Blvd
Church Named
1929: White Rose Church of God in Christ

Pastors
Elder Tiny Tevis, Organizing Pastor
Elder W.W. Wasden
Elder A.L. Cawthon
Elder Wilson Balka
Elder Herbert Winston, Sr.

Honorary Members
Bishop AC Nelson
Supervisor Anne Cooper

Families of Long Standing Membership
The Dixon Family        The Garner Family
The Wiltz Family
The Coleman Family        The Tezino Family
The McGlory/Freeman Family