**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| LEATRICE TALLEY, | § § |
| *Plaintiff*, | § § § |
| v. | § § CASE NO. 1:19-CV-619 |
| | § JUDGE MICHAEL TRUNCALE |
| SOUTHEAST REGIONAL VA – DIRECTOR, *et al.*, | § § § |
| *Defendants*. | § § |

**ORDER OF DISMISSAL**

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. On May 4, 2020, the magistrate judge issued a Notice of Impending Dismissal [Dkt. #7] advising the plaintiff that the case would be dismissed if she did not properly serve the defendants in accordance with Federal Rule of Civil Procedure 4(i) within thirty (30) days. To date, the plaintiff has not correctly effectuated service of process or otherwise responded.

The Court therefore **ORDERS** that the plaintiff's claims are **DISMISSED** in their entirety, without prejudice, for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). *See Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir.); *cert. denied*, 535 U.S. 938 (2002); *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988); *see also Lopez v. Aransas County Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978); *Connolly v. Papachristid Shipping, Ltd.*, 504 F.2d 917, 920 (5th Cir. 1974) (under Rule 41(b), where a plaintiff has failed to prosecute an action with reasonable

diligence, a court may dismiss it on motion of defendant or on its own motion). The Clerk is directed to **CLOSE** this case.

**SIGNED this 23rd day of June, 2020.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge